# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS, BOSTON DIVISION

| | | |
|---|---|---|
| In re | ) | Case No. 16-14382 |
| | ) | |
| LAWRENCE RAY II | ) | Chapter 13 |
| | ) | |
| Debtor. | ) | |
| | ) | |

## OBJECTION TO SANTANDER BANK N.A.'S PROOF OF CLAIM

Now comes the Debtor, through his undersigned Counsel, pursuant to F.R.B.P. 3007 and M.L.B.R. 13-13 and respectfully objects to the claim filed by Santander Bank N.A. which is claim number 2-1 on the Claims Register.

The grounds for this objection are as follows:

1. Debtor represents that the arrears of $82,070.71 are incorrect. Debtor has made payments to Santander Bank N.A. which has not been applied pre-petition.

2. Debtor has hired an accountant to compile his payment history. Debtor shall provide payment history in forms of cancelled checks and/or bank statements.

3. An evidentiary hearing has been scheduled on Santander Bank N.A.'s Objection to Plan for July 27, 2017 to determine the correct arrears.

Respectfully submitted this 11th day of May, 2017

Lawrence Ray II
By his attorney

***/s/ Richard D. Smeloff***

Richard D. Smeloff, Esq.
Smeloff & Associates
500 Granite Ave
3rd Floor
Milton MA 02186
(617) 690-2124

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS, BOSTON DIVISION

| | |
|---|---|
| In re<br><br>LAWRENCE RAY II<br><br>Debtor. | Case No. 16-14382<br><br>Chapter 13 |

## NOTICE OF OBJECTION DEADLINE TO SANTANDER BANK N.A.'S PROOF OF CLAIM

Pursuant to MLBR 3007-1 and Standing Order 10-1, you are hereby notified that any objections or responses to the Objection to the Proof of Claim shall be filed in writing with the Clerk, United States Bankruptcy Court, 5 Post Office Square, Suite 1150, Boston, MA 02109 within thirty (30) days of the filing of this Objection (the "Objection Deadline").

Lawrence Ray II
by his attorney,

Dated: May 11, 2017

/s/ Richard D. Smeloff.
Richard D. Smeloff
Smeloff & Associates
500 Granite Ave
3rd Floor
Milton MA 02186
(617) 690-2124
BBO# 567869

## CERTIFICATE OF SERVICE

I, Richard D. Smeloff, as counsel for the Debtor, hereby certify that on May 11, 2017, I did send by first class mail, postage pre paid, a copy of the within Debtor's Objection to the following parties listed below:

***/s/ Richard D. Smeloff***
Richard D. Smeloff, Esq.

Harmon Law Office PC
150 California Street
Newton MA 02458

Carolyn Bankowski
Chapter 13 Trustee
PO Box 8250
Boston MA 02114